**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---

| | |
|---|---|
| LIONEL FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>WELTMAN, WEINBERG & REIS CO., L.P.A.<br><br>    Defendant. | **COMPLAINT**<br><br>Civil Action No.<br><br>**JURY TRIAL DEMANDED** |

FILED: OCTOBER 13,2008
08CV5842
JUDGE KOCORAS
MAGISTRATE JUDGE COX
RCC

---

## COMPLAINT

### I.    INTRODUCTION

1.    This action is brought by Plaintiff Lionel Franklin for statutory damages against

Defendant Weltman, Weinberg & Reis Co., L.P.A. for violations of the Fair Debt Collection

Practices Act, 15 U.S.C. §§ 1692 et seq. (hereinafter referred to as "FDCPA"), which prohibits

debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION

2.    Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

Venue is proper in this district as all relevant events took place here.

### III.    PARTIES

3.    Plaintiff Lionel Franklin is an individual who resides in Calumet City, Illinois.

4.    Mr. Franklin is a consumer as defined by the FDCPA, 15 U.S.C. § 1692a(3).

5.    Defendant Weltman, Weinberg & Reis Co., L.P.A.("WWR") is a corporation

organized under the laws of the State of Ohio, located at 175 South 3rd Street, Suite 900,

Page 1 of 5

Columbus, Ohio.

6.      WWR is engaged in the collection of debts from Illinois consumers using the mail and telephone.

7.      WWR regularly attempts to collect consumer debts alleged to be due to another.

8.      WWR was and is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

## IV.   **FACTUAL ALLEGATIONS**

9.      Mr. Franklin incurred an alleged debt to Discover Bank ("the Debt").

10.     The Debt was incurred for personal, family, or household purposes, *i.e.*, the personal purchases on a Discover Credit Card.

11.     WWR obtained the Debt after it was in default.

12.     On or about May 13, 2008, WWR arranged for the preparation and transmittal of a letter to Mr. Franklin at his residence in an attempt to collect the Debt. A copy of WWR's May 13, 2008, correspondence is attached hereto as Exhibit A.

13.     Exhibit A contains,

Dear LIONEL FRANKLIN,

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

14.     Exhibit A states the "Balance Due as of May 13, 2008" is $7,637.88.

15.     Interest accrued on the Debt on and/or after May 13, 2008.

16.     Exhibit A does not advise Mr. Franklin that if he pays the amount shown, an

adjustment may be necessary after WWR receives his check.

17.     Exhibit A does not advise Mr. Franklin that if an adjustment is necessary, WWR will inform him before depositing the check for collection.

18.     Exhibit A does not advise Mr. Franklin that he should write the undersigned or call a specific telephone number for further information.

19.     Exhibit A was the initial communication from WWR to Mr. Franklin regarding the Debt.

20.     WWR sent no correspondence to Mr. Franklin within five days of sending Exhibit A.

21.     On May 15, 2008, Mr. Franklin called WWR regarding the Debt and spoke with a WWR employee named Jackie.

22.     During the conversation, Mr. Franklin told Jackie that he wanted to dispute the Debt and asked if he could do that. Jackie told Mr. Franklin that if he wanted to dispute the Debt he must do so in writing and provided an address.

23.     Mr. Franklin told Jackie that he did not want to delay anything and asked if he could dispute the Debt over the phone. Jackie told Mr. Franklin that the must be in writing.

24.     On August 29, 2008, at 9:44am, WWR employee James placed a telephone call to Mr. Franklin's cellular telephone and left Mr. Franklin the following voicemail message: "Yeah, this message is for Lionel Franklin, Mr. Franklin this is James, please give me a call. My number here is.....uhh....800.589.8516 extension 86078."

25.     The telephone number 800.589.8516 is answered by WWR.

26.     The August 29, 2008, telephone voicemail message did not meaningfully disclose

WWR as the identity of the caller.

27.     The August 29, 2008, telephone message did not disclose that the communication was from a debt collector.

## V.     COUNT ONE – FAIR DEBT COLLECTION PRACTICES ACT

28.     Plaintiff repeats, realleges, and incorporates by reference the foregoing paragraphs.

29.     Defendant's violations of the FDCPA include, but are not limited to

A.     engaging in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt in violation of 15 U.S.C. § 1692d;

B.     placing telephone calls without meaningful disclosure of the caller's identify in violation of 15 U.S.C. § 1692d(6);

C.     using any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. §§ 1692e and e(10);

D.     failing to disclose in subsequent communications (after the initial communication) that the communication is from a debt collector in violation of 15 U.S.C. § 1692e(11);

E.     failure to state the amount of the debt in the initial communication in violation of 15 U.S.C. § 1692g(a)(1); and

F.     contradicting and/or overshadowing the consumer's right to dispute the alleged debt orally in violation of 15 U.S.C. § 1692g(a)(3).

30.     As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorney fees.

VI.     **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff Lionel Franklin requests that judgment be entered in his favor

against Defendant Weltman, Weinberg & Reis Co., L.P.A. for:

      A.      Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

      B.      Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3);

           and

      C.      For such other relief as the Court may find to be just and proper.

VII.    **JURY DEMAND**

Plaintiff Lionel Franklin hereby demands that this case be tried before a Jury.

          s/ Craig M. Shapiro
          Craig M. Shapiro
          O. Randolph Bragg
          HORWITZ, HORWITZ & ASSOCIATES, LTD..
          25 East Washington Street Suite 900
          Chicago, Illinois 60602
          (312) 372-8822
          (312) 372-1673  (Facsimile)

          ATTORNEYS FOR PLAINTIFF

# EXHIBIT A

LAW OFFICES OF

# WELTMAN, WEINBERG & REIS CO., L.P.A.

175 SOUTH 3RD. ST., SUITE 900
COLUMBUS, OH 43215
(614) 801-2792    (800) 470-2286
MON-THURS 8AM-9PM, FRI 8AM-5PM, & SAT 8AM-12PM EST

May 13, 2008

LIONEL FRANKLIN

█████████████

CALUMET CITY IL 60409-3128

DISCOVER BANK
Account No.: █████████6867
Balance Due: $7,637.88

Dear LIONEL FRANKLIN:

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this letter, we will assume that the debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail you a copy. If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

Sincerely,
Weltman, Weinberg & Reis Co., L.P.A.

IONWELT01323

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

175 South 3rd. St., Suite 900
Columbus, OH 43215
ADDRESS SERVICE REQUESTED

WWR File No.: 6806744
Balance Due as of May 13, 2008: $7,637.88

May 13, 2008

WELTMAN, WEINBERG & REIS CO., L.P.A.
P.O. Box 93596
Cleveland, OH 44101-5596

#BWNHRMD    0280662    0082920
#0513 1347 0082 9200#    H1K/323/7092627/1010-323
||.||.||.....|.||.||....||.....||....||.|||.|....||.||.||.....|.|
LIONEL FRANKLIN
████████████

Calumet City IL 60409-3128

H1K/323/7092627/1010